Rani Yadav-Ranjan
**IN PRO PER**

18730 Vista De Almaden
San Jose CA 95120
rani@ecommercelicense.com

FILED

DEC – 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

For herself and as agent for Purple Leaf, LLC, a Delaware corporation, and Purple Leaf, LLC, a Texas corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAP AMERICA, INC. | ) Case No:  4:11-cv-04601-PJH |
| Plaintiff, | ) |
| | ) **ADMINISTRATIVE MOTION OF** |
| .vs. | ) **DEFENDANTS RANI YADAV-RANJAN,** |
| | ) **PURPLE LEAF, LLC AND PURPLE** |
| PURPLE LEAF, LLC, a Delaware | ) **LEAF, LLC TO EXTEND TIME TO** |
| corporation, PURPLE LEAF, LLC, a Texas | ) **RESPOND TO FIRST AMENDED** |
| corporation, and RANI YADAV-RANJAN, | ) **COMPLAINT** |
| an individual | ) |
| | ) **[FILED PER CIVIL L.R. 6-3]** |
| Defendants. | ) |
| | ) |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT - 1 -

Pursuant to Civil Local Rule 6-3, defendants Rani Yadav-Ranjan, Purple Leaf, LLC and Purple Leaf, LLC ("Defendants"), **ACTING IN PRO PER**, respectfully submit this Administrative Motion requesting that the Court extend Defendants' time to respond to the First Amended Complaint filed by plaintiff SAP America, Inc. ("SAP").

### SUMMARY OF RELIEF REQUESTED AND ARGUMENT

Defendants request an extension on their time to respond to the First Amended Complaint because, despite their best efforts, Defendants have been unable yet to secure an attorney to represent them in this complex patent action after Defendants' prior patent litigation law firm withdrew its legal representation.

Defendants' former law firm, Navarro Huff of Dallas Texas, previously represented Defendants in matters relating to the patent(s) at issue in this action, including certain federal patent actions filed by Purple Leaf, LLC in the Federal Court for the Eastern District of Texas: Nos. 6:11-cv-00279-LED, 6:11-cv-00360-LED, 6:11-cv-00377-LED, 6:11-cv-00355-LED ("Texas Actions"). All of the Texas Actions were assigned to District Judge Leonard Davis.

Plaintiff SAP is a defendant in Texas Action No. 6:11-cv-00279-LED which was filed by Purple Leaf, LLC on May 31, 2011.

On October 13, 2011, SAP (along with other entities) filed a Motion for Extension of Time to File Answer in its Texas Action, which was unopposed by Purple Leaf, LLC. Per this unopposed motion, SAP's answer or other response in the Texas Action is currently due on January 30, 2012.

On November 2, 2011, Judge Davis granted Navarro Huff's motion to withdraw as counsel for Purple Leaf in all the Texas Actions. In his order, Judge Davis stayed all the Texas Actions for 60 days "so that Purple Leaf may acquire new counsel."

Based on calendaring, this stay is in effect until January 3, 2012.

In the instant administrative motion, Defendants respectfully request that their response date to the First Amended Complaint be placed by this Court on the same timetable as the Texas District Court, and that this Court accordingly order that Defendants' response date be continued

DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT - 1 -

until January 3, 2012. Such extension is necessary to permit the Defendants to continue their search to find and secure new patent litigation counsel to defend them in this complex patent action.

Defendants note in this regard that the instant action which arises out of the same patent(s) and claims of infringement as the Texas Action against plaintiff SAP, was separately and subsequently filed in this Court, which Defendants belief to be possibly improper and subject to initial pleading challenge by counsel at the appropriate time.

If the Court does not grant the relief sought in this motion, Defendants will suffer substantial and severe prejudice as the result of being forced to default and/or respond to the First Amended Complaint without the benefit of legal representation.

Defendants represent to the Court that they are optimistic that they can secure patent counsel to represent them in this action by January 3, 2012.

Finally, Defendants note that Plaintiff SAP's counsel previously extended an offer to Defendants to continue the response date in this action until December 12, 2011, based principally on Defendant Yadav-Ranjan's informing SAP's counsel that she recently suffered a death in her family that demanded a substantial amount of unavoidable time and attention. However, without any prior notice to Defendants despite ongoing communications throughout this week, SAP on Thursday, December 1, 2011, filed a request to enter default against Defendants. To Defendants' knowledge, such default has not yet been formally entered by this Court as of the filing of this administrative motion.

While not precisely germane to the instant action, Defendants submit that SAP's actions in attempting to secure a default against Defendants (1) without any prior notice to Defendants despite their ongoing communications this week; (2) in the circumstances when an extension to December 12, 2011, had already been offered by SAP; (3) when Purple Leaf, LLC did not oppose SAP's motion to continue its response date in the Texas Action (now due January 30, 2012); and (4) when SAP is aware that the Texas District Court has already stayed the Texas Action until January 3, 2012 in order to permit Defendants to secure new counsel after the

November withdrawal, is unprincipled and thuggish and may potentially subject SAP and its counsel to sanctions pursuant to Federal Rule of Civil Procedure 55(b)(2).

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court grant Defendants' administrative motion to extend Defendants' date to respond to Plaintiff SAP's First Amended Complaint until January 3, 2012, to enable Defendants to secure patent litigation counsel to defend them in this action.

Dated:  December 2, 2011

By: _____

Rani Yadav-Ranjan
IN PRO PER
For herself and as agent for Purple Leaf, LLC, a
Delaware corporation, and Purple Leaf, LLC, a
Texas corporation.

DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT - 3 -