**United States District Court**
For the Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7

8   SAP AMERICA, INC.,

9            Plaintiff,                                No. C 11-4601 PJH

10          v.                                          **ORDER**

11  PURPLE LEAF, LLC, et al.,

12          Defendants.

_____/

13

14          The request of pro se defendant Rani Yadav-Ranjan for an extension of time to

15  respond to the first amended complaint, is GRANTED.  Yadav-Ranjan shall respond to the

16  first amended complaint no later than January 9, 2012.

17          Yadav-Ranjan's request on behalf of defendants Purple Leaf LLC (a Delaware

18  limited liability company) and Purple Leaf LLC (a Texas limited liability company) is

19  DENIED.  An individual proceeding pro se cannot represent another separate legal entity,

20  such as another person, a corporation, or a partnership, pro se.  Rowland v. Cal. Men's

21  Colony, 506 U.S. 194, 201-02 (1993).  In addition, corporations and other unincorporated

22  associations must appear in court through an attorney.  D-Beam Ltd. P'ship v. Roller Derby

23  Skates, Inc., 366 F.3d 972, 973-74 (9th Cir. 2004); see also Rowland, 606 U.S. at  202-03.

24          Nevertheless, in the interests of judicial economy, the court will permit Purple Leaf

25  LLC (Delaware) and Purple Leaf LLC (Texas) until January 9, 2012, to respond to the first

26  amended complaint, so that they may have time to locate counsel.

27          In addition, no later than December 27, 2012, SAP shall show cause in writing why

28  the court should not transfer this case to the Eastern District of Texas, pursuant to the first-

to-file rule.  See Pacesetter Systems, Inc. v. Medtronic, Inc., 678 F.2d 93, 94-95 (9th Cir.

1982); PETA, Inc. v. Beyond the Frame, Ltd., 2011 WL 686158, *1-2 (C.D. Cal., Feb. 16,

2011); Barnes & Noble, Inc., __ F.Supp. 2d __, 2011 WL 4948598 at *4-5 (N.D. Cal., Oct.

18, 2011).

All parties shall appear at the case management conference on January 12, 2012, at

2:00 p.m., as previously set by order entered on October 18, 2011.

**IT IS SO ORDERED.**

Dated:  December 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2