UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAP AMERICA, INC.,

    Plaintiff,

    v.

PURPLE LEAF, LLC., et al.,

    Defendants.

_____/

No. C 11-4601 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred for assignment to a Magistrate Judge for resolution of defendants' "ex parte" application to stay production of subpoenaed documents, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

The parties shall contact the courtroom clerk of the assigned Magistrate Judge regarding that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: April 27, 2012

                                                                  _____
                                                                  PHYLLIS J. HAMILTON
                                                                  United States District Judge

cc: Lili, Assigned M/J, counsel of record