UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SAP AMERICA, INC., | No. C 11-4601 MEJ |
| Plaintiff, | **ORDER RE: THIRD PARTY DISCOVERY** |
| v. | |
| PURPLE LEAF, LLC, et al., | |
| Defendants. | |

The Court is in receipt of two discovery dispute letters from the parties regarding a document subpoena propounded by SAP to third party Bergeson, LLP. Because the Court finds the discovery relevant, and the third party has not raised any objections to productions (and, in fact, has already produced some or all of the requested documents), Defendants' request to quash and/or stay is DENIED.

**IT IS SO ORDERED.**

Dated: May 15, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge