ARCHIE S. ROBINSON [SBN. 34789]
  *asr@robinsonwood.com*
JESSE F. RUIZ [SBN. 77984]
  *jfr@robinsonwood.com*
GABRIEL G. GREGG [SBN 187333]
  *ggg@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendant and Counterclaimant PURPLE LEAF, LLC, and Defendants PURPLE LEAF LLC and RANI YADAV-RANJAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SAP AMERICA, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>PURPLE LEAF, LLC, a Delaware corporation, PURPLE LEAF, LLC, a Texas corporation, and RANI YADAV-RANJAN, an individual,<br><br>            Defendants. | Case No. 4:11-CV-04601-PJH<br><br>**STIPULATION RE EXTENSION OF CERTAIN FILING DATES TO PERMIT FINALIZATION OF SETTLEMENT**<br><br>Dept.:        Courtroom 3 – 3rd Floor<br>Judge:       Hon. Phyllis J. Hamilton |
| PURPLE LEAF, LLC, a Delaware corporation,<br><br>            Counterclaimant,<br><br>vs.<br><br>SAP AMERICA, INC.,<br><br>            Counterdefendant. | |

Pursuant to Civil Local Rule 6-2, the parties respectfully submit this Stipulation re Extension of Certain Filing Dates To Permit Finalization of Settlement ("Stipulation").  As set forth in the accompanying Declaration of Archie S. Robinson, the parties reached terms of settlement of this action during mediation before Hon. Edward A. Infante on Tuesday, July 10, 2012.  The parties are currently engaged in finalizing the formal settlement agreement and related documents.  On this basis, the parties wish to request and confirm certain extensions of time on certain upcoming filing dates in order to permit them to complete the finalization of the settlement, including the agreed dismissal of this action.

The mutually-agreeable new-filing dates for the following court filings will provide the parties with the time to focus on finalization of their settlement without the complication and imposition of other immediate substantive filing obligations in this action.  In the event that the parties' settlement is not able to be finalized for some reason, the proposed time extensions will not substantively impact the Court or the parties for the reasons set forth below.

This Stipulation follows the parties' Stipulation Re Continuation of Certain Dates which was approved and ordered by this Court on July 10, 2012 (Doc. 76).

1. **Purple Leaf's Answer or Other Response.**  On June 20, 2012, SAP America, Inc. ("SAP") filed its First Amended Answer and Counterclaim (Doc. 74).  In substantive part, SAP's First Amended Answer sets forth new detailed allegations supporting SAP's "unclean hands" affirmative defense (Defense 10).  Purple Leaf LLC ("Purple Leaf") has informed SAP of its likely intent to bring a FRCP Rule 12 motion to strike against this defense if necessary.  For the reasons set forth above, the parties have agreed to continue the due date for Purple Leaf's answer or other response to SAP's First Amended Answer and Counterclaim from July 27, 2012 to August 15, 2012.

2. **Joint Claim Construction & Prehearing Statement and Related Claim Construction Briefing Dates.**  The current due date for the parties' Patent L.R. 4-3 "Joint Claim Construction & Prehearing Statement" is August 1, 2012; the parties propose that this date be continued two weeks until August 15, 2012.

769412

1   4:11-CV-04601-PJH
STIPULATION RE EXTENSION OF CERTAIN FILING DATES TO PERMIT FINALIZATION OF SETTLEMENT

The parties further propose that the following dates relating to claim construction briefing each be extended by two weeks:

| Filing Event | Current Filing Date | Proposed New Filing Date |
|---|---|---|
| Patent L.R. 4-5(a): Claim Construction Opening Briefs | August 24, 2012 | **September 7, 2012** |
| Patent L.R. 4-5(b): Claim Construction Responsive Briefs | September 7, 2012 | **September 21, 2012** |
| Patent L.R. 4-5(c): Claim Construction Reply Briefs | September 14, 2012 | **September 28, 2012** |

The parties do **not** propose to extend the Courts' scheduled date for the claim construction hearing – October 17, 2012.

As brief background, the current due date for the "Joint Claim Construction and Prehearing Statement" is August 1, 2012, which was stipulated and ordered in this Court's order dated July 10, 2012 (Doc. 76). The previously proposed date for this "Joint Statement" filing, July 11, 2012, was originally proposed by the parties in their Joint Case Management Conference Statement (Doc. 46) and adopted by the Court in its Civil Minutes following the CMC (Doc. 51). The date was proposed based on a then-proposed date for the Court's Claim Construction Hearing of September 26, 2012. However, in the Court's order (Doc. 51), the Court continued the claim construction hearing date three weeks – to October 17, 2012. This means that none of the extensions requested in this Stipulation (the "Joint Statement" and the claim construction briefings) truncate the typical briefing schedule for claim construction briefing, and specifically do not impact this Court's regular timing for review prior to the claim construction hearing. (Pursuant to this proposed schedule, this Court will still receive the parties' final "reply" papers almost three weeks prior to the claim construction hearing.)

In sum, the parties do not believe that the proposed extensions will impact the Court or the parties, and will provide the substantial benefits set forth above.

1  **Dated:**  July 31, 2012

2  Respectfully submitted,

3  **SIMPSON THACHER & BARTLETT LLP**          **ROBINSON & WOOD, INC.**

5  _/s/ Harrison J. Frahn IV_                  _/s/ Archie S. Robinson_

Harrison J. Frahn IV                         Archie S. Robinson
Gautam V. Kene                               Jesse F. Ruiz
2550 Hanover Street                          Gabriel G. Gregg
Palo Alto, CA 94304                          227 N. 1st Street
Telephone: (214) 827-2774                    San Jose, CA  95113
Facsimile:  (214) 827-2787                   Telephone: (408) 298-7120
                                             Facsimile:  (408) 298-0477

Attorneys for Plaintiff/Counterdefendant     Attorneys for Defendant/Counterclaimant
SAP AMERICA, INC.                            PURPLE LEAF, LLC and Defendants
                                             PURPLE LEAF, LLC and RANI YADAV-
                                             RANJAN

* * * * *

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Dated: ~~July~~ August 1 __, 2012

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

ROBINSON & WOOD, INC.
ATTORNEYS AT LAW

**ATTESTATION CLAUSE**

I, Gabriel G. Gregg, hereby attest in accordance with General Order 45.X that Harrison J. Frahn IV, counsel for SAP America, Inc., provided his concurrence with the electronic filing of the foregoing document entitled **STIPULATION RE EXTENSION OF CERTAIN FILING DATES**

Dated: July 31, 2012                                    ROBINSON & WOOD, INC.


By:   */s/ Gabriel G. Gregg*
        ARCHIE S. ROBINSON
        JESSE F. RUIZ
        GABRIEL G. GREGG
      Attorneys for Defendant and
      Counterclaimant PURPLE LEAF, LLC, and
      Defendants PURPLE LEAF LLC and RANI
      YADAV-RANJAN